962 So.2d 982 (2007)
W.H., Appellant,
v.
DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Appellee.
No. 3D07-111.
District Court of Appeal of Florida, Third District.
August 1, 2007.
*983 Steven Grossbard; David Molansky, for appellant.
Karla Perkins, Miami, for appellee.
Before GERSTEN, C.J., and RAMIREZ and SHEPHERD, JJ.
PER CURIAM.
For the reasons expressed in L.P. v. Dep't of Children & Family Servs., 3D07-140, ___ So.2d ___, 2007 WL 2188630 (Fla. 3d DCA Aug. 1, 2007), we reverse.